THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                                                 MISC. NO. 17-MC-0016
NON-JUDICIAL CIVIL FORFEITURE
PROCEEDING CONCERNING
$39,980.00 IN U.S. CURRENCY

## JOINT MOTION TO EXTEND TIME TO FILE COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE

The United States, by and through Richard W. Moore, the United States Attorney for the Southern District of Alabama, and Jon Gary, by and through his attorney, Jonathan B. Friedlander, ("the Parties"), as authorized by 18 U.S.C. § 983(a)(3)(A), move the Court to extend the time in which the United States is required to file a complaint for forfeiture and/or to obtain an indictment alleging forfeiture from December 12, 2017 to March 11, 2018, regarding property to which a claim has been filed by Jon Gary in a non-judicial civil forfeiture proceeding conducted by the Drug Enforcement Administration ("DEA"). That property is $39,980.00, more or less, in U.S. Currency, ("the property").

The United States represents to the Court as follows:

1. All of the written notice of the DEA's intent to forfeit the property non-judicially required by 18 U.S.C. § 983(a)(1)(A) to be sent by the DEA to interested parties has been sent.

2. On September 14, 2017, Jon Gary filed a claim to the property as required by law in the non-judicial civil forfeiture proceeding.

3. The time has expired for any person(s) to file a claim to the property under 18 U.S.C. § 983(a)(2)(A)-(E).

4.    The Parties have agreed to extend the time in which the United States is required to file a civil complaint and/or obtain an indictment alleging forfeiture of the property so that they may have a reasonable and sufficient period in which to evaluate their respective interests in and positions regarding the property. The Parties have agreed to extend the time from the current December 12, 2017 deadline to March 11, 2018. The Agreement of the parties to extend the time and a proposed Order Extending Time are attached to this Motion.

## MEMORANDUM

18 U.S.C. § 983(a)(3)(A)-(C) state:

(A) Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

(B) If the Government does not –
    (i) file a complaint for forfeiture or return the property, in accordance with subparagraph (A); or
    (ii) before the time for filing a complaint has expired –
        (I) obtain a criminal indictment containing an allegation that the property is subject to forfeiture; and
        (II) take the steps necessary to preserve its right to maintain custody of the property as provided in the applicable criminal forfeiture statute,
the Government shall promptly release the property pursuant to regulations promulgated by the Attorney General, and may not take any further action to effect the civil forfeiture of such property in connection with the underlying offense.
(C) In lieu of, or in addition to, filing a civil forfeiture complaint, the Government may include a forfeiture allegation in a criminal indictment. If criminal forfeiture is the only forfeiture proceeding commenced by the Government, the Government's right to continued possession of the property shall be governed by the applicable criminal forfeiture statute.

5.    On July 26, 2017, the DEA seized the property from Gary's sister, Shauntaya M. Mitchell, after she consented to the DEA's entry into her residence in Madison, Alabama, and cooperated with agents by voluntarily turning over a vacuum-sealed package containing the

property from a safe under her bed. The DEA after it indicated that its findings showed its connection to Gary and its delivery from Gary to his sister.

6. On September 14, 2017, Jon Gary filed a claim to the property with the DEA in its non-judicial civil forfeiture proceeding against the property.

7. Under 19 U.S.C. § 1608 and § 1610, upon the filing of such claim, the seizing agency transmitted the claim to the United States Attorney for the purpose of initiating a judicial forfeiture action against the property.

8. Under 18 U.S.C. § 983(a)(3)(A)-(C), unless the time is extended by the Court for good cause or upon agreement of the parties, the United States is required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture no later than December 12, 2017. If the United States fails to do so, it is required to release the property and may not take any further action to effect the civil forfeiture of the property in connection with the underlying offense.

9. Should it be necessary to file a complaint the United States intends to file it in this district based on illegal drug activity that occurred here based on 21 U.S.C. § 881(a)(6). Gary does not agree that he has engaged in such activity or that the property is derived from or connected with such activity.

10. The parties have agreed to extend the time. A copy of that Agreement is attached.

## Conclusion

Based upon the Agreement of the Parties to extend the time for filing a complaint and/or the return of an indictment that the property is subject to forfeiture to March 12, 2018, the Parties respectfully request that the Court extend the period as agreed.

Respectfully submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY

/s/[1] *Jonathan B. Friedlander*                    /s/*Alex F. Lankford, IV*

Jonathan B. Friedlander, Esq.              Alex F. Lankford, IV
Attorney for Claimant                      Assistant United States Attorney
56 St. Joseph Street, 4th Floor            63 S. Royal Street, Suite 600
Mobile, Alabama 36652                      Mobile, Alabama 36602
Telephone: (251) 432-5537                  Telephone: (251) 441-5845

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/*Alex F. Lankford, IV*

Alex F. Lankford, IV
Assistant United States Attorney

---

[1] Jonathan B. Friedlander, Esq., has authorized the U.S. Attorney's Office to electronically affix his signature to this document.

## AGREEMENT

1. The parties to this Agreement are the United States, by and through the United States Attorney for the Southern District of Alabama, and Jon Gary ("the claimant"), represented by Jonathan B. Friedlander, (together "the Parties").

2. The Parties stipulate that on September 14, 2017, the claimant filed a claim in a non-judicial civil forfeiture proceeding conducted by the Drug Enforcement Administration ("DEA") regarding the subject $39,980.00, more or less, in U.S. Currency ("the property").

3. The Parties stipulate that, under 18 U.S.C. § 983(a)(3)(A)-(C), the deadline for the United States to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture currently is December 12, 2017.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the Parties wish to extend the time in which the United States is required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture, so that the Parties may have a reasonable and sufficient period in which to evaluate their respective interests in and positions regarding the property.

5. The claimant knowingly, intelligently, and voluntarily gives up any right he/she may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture until no later than March 12, 2018, and any right he/she may have to seek dismissal of any complaint and/or any indictment on the ground that it was not filed or returned on or before December 12, 2017.

6. The Parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the

property is subject to forfeiture shall be extended from December 12, 2017, to March 12, 2018, unless further extended by agreement or for good cause.

7. The claimant agrees that until the United States files a complaint for forfeiture against the property and/or obtains an indictment alleging that the property is subject to forfeiture or until March 12, 2018, whichever occurs first, the property shall remain in the custody of the United States and the claimant shall not seek its return for any reason in any manner.

8. The Parties agree to execute and file the attached Joint Motion to Extend Time to File Complaint for Forfeiture and/or To Obtain Indictment Alleging Forfeiture.

RICHARD W. MOORE
United States Attorney for the Southern District of Alabama

12/7/17
Date

Alex F. Lankford, IV
Assistant United States Attorney

12/7/17
Date

Jon Gary
Claimant

12/7/17
Date

Jonathan B. Friedlander, Esq.
Counsel for Claimant